**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANOTHER STEP FORWARD, et al.,

       Plaintiffs,

                               CASE NO: 06-CV-15250

-vs-

                               PAUL D. BORMAN
STATE FARM AUTOMOBILE        UNITED STATES DISTRICT JUDGE
INSURANCE CO.,

       Defendant.
_____/

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

The court, having entered an Order Staying the Action on April 10, 2008 in the above-entitled cause of action, pending the outcome of a final decision from the Michigan Supreme Court, and it further appearing to the court that such a stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

IT IS ORDERED that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: April 10, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 10, 2008.

                                                s/Denise Goodine
                                                Case Manager